UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TIMOTHY TERRELL PETERSON,

    Plaintiff,

v.                                             Case No. 3:18cv574-LC-CJK

MICHAEL BOOKER,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This habeas case, filed under 28 U.S.C. § 2254, is before the court on referral from the clerk. Over six months ago, on April 12, 2018, the court issued an order notifying plaintiff that his civil rights complaint (which challenged the validity of his Clay County conviction) would be recharacterized as a habeas corpus petition filed under 28 U.S.C. § 2254. (Doc. 3). Plaintiff was directed to submit, within 30 days, either (1) a notice of voluntary dismissal if he no longer desired to proceed with a habeas action, or (2) an amended pleading on the court's 2254 petition form accompanied by the $5.00 filing fee or a complete application to proceed *in forma pauperis*. (*Id*.). The court mailed petitioner a § 2254 form and a form application to proceed *in forma pauperis*.

On May 2, 2018, plaintiff filed a printout of his inmate trust account. (Doc. 4). On June 7, 2018, in response to a show cause order, plaintiff filed the remaining

documents necessary to complete his application to proceed *in forma pauperis*. (Doc. 6). To date, however, plaintiff has not filed an amended pleading on the court's 2254 petition form as required by the April 12, 2018, order, the May 30, 2018, show cause order, and the October 5, 2018, second show cause order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with a court order and failure to prosecute this action.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 24th day of October, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon the magistrate judge and all other parties. A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.